UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA S WILLS, <br>         Plaintiff, <br>     v. <br> CITY OF MONTEREY, et al., <br>         Defendants. | Case No. 21-cv-01998-EMC <br><br> **ORDER TO SHOW CAUSE DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO CHANGE DEADLINE** <br><br> Docket No. 28 |

Plaintiff has filed a motion to change the deadline for filing Plaintiff's Opposition to Defendant City of Monterey's Motion to Dismiss to June 25, 2021. Docket No. 28. There are two Motions to Dismiss scheduled to be heard on July 1, 2021: Defendant Montage Health's Motion to Dismiss (Docket No. 16) and Defendant City of Monterey's Motion to Dismiss (Docket No. 21). In order to accommodate Plaintiff's request to modify the briefing deadline, the Court will have to move the hearings on both Motions to Dismiss to July 15, 2021. The Court **ORDERS** Defendants to show cause as to why the two Motions to Dismiss should not be heard on July 15, 2021. Defendants' responses shall be filed by June 9, 2021.

      **IT IS SO ORDERED**.

Dated: June 7, 2021

_____
EDWARD M. CHEN
United States District Judge