UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CYNTHIA S WILLS,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF MONTEREY, et al.,<br><br>                    Defendants. | Case No.  21-cv-01998-EMC   (LJC)<br><br>**ORDER SETTING DISCOVERY HEARING** |

　　　　The Court will hold a discovery hearing on Tuesday, March 12, 2024 at 10:30 AM.  The parties shall appear via Zoom using the instructions provided for public hearings at https://cand.uscourts.gov/ljc/.  The parties are advised that those instructions include a different Zoom link than they have used for previous hearings before Judge Chen.

　　　　The Clerk shall serve a copy of this order on Plaintiff Cynthia Wills by mail.  Judge Chen previously ordered Defendants to "call Ms. Wills to let her know when mail is being delivered to her."  ECF No. 133 at 2.  In keeping with that order, counsel for Defendant the City of Monterey is instructed to call Ms. Wills at counsel's earliest convenience to advise her of the substance of this order and that it will be delivered to her by mail.  Counsel shall file statement in the record confirming compliance with that instruction.

　　　　**IT IS SO ORDERED.**

Dated: February 28, 2024

LISA J. CISNEROS
United States Magistrate Judge