UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA S WILLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MONTEREY, et al.,<br><br>　　　　　Defendants. | Case No.  21-cv-01998-EMC  (LJC)<br><br>**ORDER SETTING DISCOVERY RESPONSE DEADLINE**<br><br>Re: Dkt. Nos. 169, 170, 172, 173 |

This Court previously vacated discovery response deadlines in light of changes to the case schedule and Plaintiff Cynthia Wills's medical obligations. ECF No. 168. All parties have now confirmed their agreement to a new response deadline of May 13, 2024. ECF Nos. 169, 170, 172, 173. Wills is therefore ORDERED to serve responses and produce documents as required by this Court's March 8, 2024 and March 13, 2024 Orders (ECF Nos. 147, 156) no later than May 13, 2024, unless the case is stayed before that date. If Judge Chen issues an order staying the case and all discovery, this Court will set a new response deadline after that stay is lifted.

**IT IS SO ORDERED.**

Dated: April 2, 2024

LISA J. CISNEROS
United States Magistrate Judge