United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA S WILLS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MONTEREY, et al.,<br><br>    Defendants. | Case No.  21-cv-01998-EMC   (LJC)<br><br>**ORDER REGARDING DISCOVERY IN LIGHT OF SUPREME COURT DECISION**<br><br>Re: Dkt. No. 190 |

Defendant the City of Monterey asserts in an August 2, 2024 letter brief that the Court should limit discovery from the City in light of the Supreme Court's recent decision in *City of Grants Pass v. Johnson*, 144 S. Ct. 2202 (2024).  ECF No. 190.  Whether *Grants Pass* forecloses or affects the scope of pro se Plaintiff Cynthia Wills's Eighth Amendment claim against the City is the subject of a motion for judgment on the pleadings that is currently set for a September 12, 2024 hearing before Judge Chen.  The effect of *Grants Pass* is an issue for Judge Chen to decide on that motion.

In the meantime, the deadline to complete fact discovery is August 29, 2024.  In the absence of an order by Judge Chen altering that deadline or dismissing Wills's claim, this Court must ensure discovery on that claim is completed by that impending deadline.  If the City seeks relief from discovery in light of *Grants Pass*, the City must bring a motion before Judge Chen either to stay discovery on Wills's claim against the City pending resolution of the motion for judgment on the pleading, or to continue the fact discovery deadline until a time after that motion is likely to be resolved.  The City must present that motion to stay or continue in a manner that would allow Judge Chen to resolve it with meaningful time remaining before the discovery cutoff, which may require the City also to bring a motion to shorten time for briefing under Civil Local Rule 6-3.  Wills would ordinarily be permitted to respond to and oppose a noticed motion under

1 Civil Local Rule 7-3(a) within fourteen days, or respond to and oppose a motion to change time
2 within four days under Civil Local Rule 6-3(b), unless the Court modifies the briefing schedule
3 and orders a different deadline.

4 If no such motion is filed by August 8, 2024, this Court will proceed to evaluate the
5 parties' discovery dispute on the assumption—for the sake of argument—that the City's motion
6 for judgment on the pleadings will be denied.  This Court is obligated to ensure that necessary
7 discovery will be completed before the current deadline in the event that Judge Chen later denies
8 judgment on the pleadings.

9 Wills is pro se and does not participate in electronic filing or notification.  The City is
10 therefore ORDERED to notify Wills of this Order and of the City's intended course of action by
11 telephone no later than August 6, 2024.  The City must also telephonically notify Wills of any
12 motion that it files in response to this Order on the same day that such a motion is filed.

13 **IT IS SO ORDERED.**

14 Dated: August 5, 2024

_____
LISA J. CISNEROS
United States Magistrate Judge