UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA S WILLS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MONTEREY, et al.,<br><br>    Defendants. | Case No. 21-cv-01998-EMC<br><br>**ORDER TO SHOW CAUSE RE: WHY DISCOVERY SHOULD NOT BE STAYED** |

On August 8, 2024, Plaintiff's motion to extend time to respond to defendants' City of Monterey, Monterey Police Department, and Monterey Harbor Patrol (collectively "City Defendants") motion for judgment on the pleadings was granted. Docket. No. 195. Plaintiff's response is due September 12, 2024, and Defendant's reply is due on September 19. The hearing on the motion was rescheduled for October 10, 2024. Docket No. 196.

Fact discovery is currently set to close on August 29, 2024. Because the Court's ruling on the motion for judgment on the pleadings could terminate Plaintiff's claim, Plaintiff is ordered to show cause re: why discovery should not be stayed as to the remaining claim against the City Defendants until the motion for judgment on the pleadings is decided. **Both parties' responses**

//
//
//
//
//
//

**are due on August 26, 2024.** Discovery as to the remaining claim against the City Defendants is temporarily stayed until the Court rules on the stay.

**IT IS SO ORDERED**.

Dated: August 12, 2024

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California

2