UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA S WILLS,

            Plaintiff,

    v.

CITY OF MONTEREY, et al.,

          Defendants.

Case No.  21-cv-01998-EMC

**ORDER**

On August 12, 2024, Plaintiff filed a motion for extension of time to complete discovery. Docket No. 199.  Concurrently, this Court ordered the Plaintiff and Defendants City of Monterey, Monterey Police Department, and Harbor Patrol (collectively "City Defendants") to show cause as to why discovery should not be stayed as to the City Defendants.  Docket No. 197.  Both parties' responses are due on August 26, 2024.  Discovery as to the remaining claim against the City Defendants is temporarily stayed.

In light of the temporary stay as to the City Defendants, Plaintiff's request is **denied as moot.**

//

//

//

//

//

//

//

United States District Court
Northern District of California

1    Defendant Montage Health is ordered to file a response to Plaintiff's motion by **Friday,**

2    **August 16th.**

3

4    **IT IS SO ORDERED**.

5

6    Dated: August 13, 2024

7

8    

9    EDWARD M. CHEN
     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28