UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA S WILLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MONTEREY, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01998-EMC<br><br>**ORDER RE: STAY OF DISCOVERY AS TO CITY DEFENDANTS** |

Fact discovery is currently set to close on August 29, 2024. On August 12, 2024, this Court entered a temporary stay as to the remaining claim against the City Defendants. Docket No. 197. Because the Court's ruling on the motion for judgment on the pleadings could terminate Plaintiff's claim, discovery is stayed as to the remaining claim against the City Defendants until the motion for judgment on the pleadings is decided.

**IT IS SO ORDERED**.

Dated: August 23, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　United States District Judge