UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA S WILLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MONTEREY, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01998-EMC<br><br>**ORDER DENYING EXTENSION OF TIME TO COMPLETE DISCOVERY AS TO MONTAGE HEALTH** |

On August 12, 2024, Plaintiff filed a motion for extension of time to complete discovery. Docket No. 199. On August 13, 2024, this Court issued an Order for Defendant Montage Health to respond to Plaintiff's motion. Docket No. 201. On August 14, 2024, Defendant Montage Health filed an opposition to Plaintiff's request. Docket No. 202.

Plaintiff's request to modify the scheduling order and extend the discovery deadline as to Montage Health is **DENIED**. Plaintiff has failed to demonstrate good cause under Rule 16(a)(4) and has failed to articulate why the requested extension is necessary. Further, Plaintiff has failed to articulate what additional discovery she seeks. The current fact discovery deadline of **August 29, 2024** remains as to Defendant Montage Health.

//

//

//

//

//

//

Discovery remains stayed as to the remaining claim against the City Defendants until the motion for judgment on the pleadings is decided.  Docket No. 207.

**IT IS SO ORDERED**.

Dated: August 23, 2024

_____
EDWARD M. CHEN
United States District Judge