OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** October 10, 2024     **Time:** 1:30-1:57     **Judge:** EDWARD M. CHEN
27 minutes

**Case No.:** 3:21-cv-01998-EMC     **Case Name:** Wills v. City of Monterey et al

**Pro Se Plaintiff:** Cynthia Wills
**Attorneys for Defendants:** Karin Salameh and Lorie Kruse

**Deputy Clerk:** Vicky Ayala     **Court Reporter:** Andrea Bluedorn

PROCEEDINGS HELD BY ZOOM WEBINAR

Motion for Judgment on the Pleadings– Held.

SUMMARY

Parties stated appearances.

The Court noted that in light of the Supreme Court's decision in *City of Grants Pass v. Johnson*, Ms. Wills's only remaining claim, as pled, under the Eighth Amendment against the City Defendants could no longer survive. Accordingly, the Court granted the City's Motion for Judgment on the Pleadings. Order to follow.

Ms. Wills inquired about leave to amend her Second Amended Complaint to plead additional claims. The Court stated leave would not be granted for failure to show good cause, as the request comes too late and too close to trial. See Federal Rules of Civil Procedure 15, 16. Ms. Wills has had three chances to amend before and would not be allowed to amend her complaint again. The Court told Ms. Wills if she had new claims or new facts against the City, she would have to file a new case. The Court warned Ms. Wills that any new claims under the Eighth Amendment may be subject to certain defenses.

The Court further noted the plan to continue to trial with Ms. Wills's remaining claims against Montage Health on 2/18/2025, 2/19/2025, 2/21/2025, 2/24/2025 and 2/25/2025, at 8:30 AM. The Court encouraged Ms. Wills to reach out to the Court's Legal Help Desk and inquire about getting pro bono counsel for trial.