UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA S WILLS,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF MONTEREY, et al.,<br>　　　　Defendants. | Case No. 21-cv-01998-EMC<br><br>**ORDER GRANTING PARTIAL FINAL JUDGMENT**<br><br>Docket No. 217 |

On October 23, 2024, the Court entered its Order granting the Defendants' (the City of Monterey, Monterey Police Department, and Monterey Harbor Patrol, (collectively, "City Defendants")) motion for judgment on the pleadings. Docket No. 216. The City Defendants were dismissed from the case, as no further claims remain against them.

On October 31, 2024, Plaintiff filed the present Motion for partial final judgment as to the City Defendants. On November 12, 2024, the City Defendants filed a statement of non-opposition. Plaintiff's claim against the City Defendants was legally and factually distinct from Plaintiff's remaining claim against Defendant Montage Health. Thus, the Court **GRANTS** Plaintiff's Motion for partial final judgment under Rule 54(b).

//

//

//

//

//

//

//

The Clerk of Court is directed to enter partial final judgment in the City Defendants' favor. The case remains open as to Plaintiff's remaining claims against Defendant Montage Health.

**IT IS SO ORDERED**.

Dated: January 6, 2025

_____
EDWARD M. CHEN
United States District Judge