UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA S WILLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MONTEREY, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-01998-EMC<br><br>**PARTIAL JUDGMENT**<br><br>Re: Dkt. No. 226 |

On January 6, 2025, the Court granted motion to certify judgment (partial as to City Defendants).  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS partial final judgment in favor of the City of Monterey, Monterey Police Department, and Monterey Harbor Patrol.  This case remains open as to Plaintiff's remaining claims against Defendant Montage Health.

**IT IS SO ORDERED.**

Dated: January 6, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　United States District Judge