UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA S WILLS,<br><br>    Plaintiff,<br><br>    v.<br><br>MONTAGE HEALTH,<br><br>    Defendant. | Case No. 21-cv-01998-EMC<br><br>**VERDICT FORM** |

**VERDICT FORM**

**Question No. 1**

Do you find by a preponderance of the evidence that:

    1) Ms. Wills had a disability;

    2) Ms. Wills had a service animal; and

    3) Ms. Wills was denied a reasonable accommodation for the use of her service animal?

YES: __X__   NO: _____

*(If you answered "YES," proceed to Question No. 2. If you answered "NO", skip to Question No. 5).*

**Question No. 2**

If you find Montage Health violated the Unruh Act, how many total violations of the Unruh Act do you find — counting the night of the incident and any later occasions when Ms. Wills was denied or deterred from using Montage Health's facilities because of her disability and use of a service animal?

TOTAL # OF VIOLATIONS OR DETERRENCE INCIDENTS: __1__

**Question No. 3**

What are Ms. Wills's actual damages arising from the denial of full and equal accommodations? For each violation of the Unruh Act, you must award a minimum of $4000 per violation.

TOTAL $: __4,000__

**Question No. 4**

If you find Montage Health violated the Unruh Act and awarded actual damages under Question No. 3, and if you find that Montage Health's violation of the Unruh Act was willful, you may, in your discretion, increase the award of damages as penalty to an amount up to three (3) times the amount of actual (not statutory minimum) damages.

TOTAL $: __0__

**Question No. 5**

Did Montage Health fail to use reasonable care in providing services to Ms. Wills — either by violating the statute governing service animal inquiries or by otherwise acting unreasonably — and, if so, was that failure a substantial factor in causing harm to Ms. Wills?

YES: __X__          NO: _____

*(If you answered "YES," proceed to Question No. 6. If you answered "NO," skip to the signature line, sign and date this verdict form, and return it to the Court).*

**Question No. 6**

What are the damages, if any, caused by Montage Health's failure to use reasonable care above and beyond (and not duplicative of) any damages awarded for any Unruh Act violations.

TOTAL $: __0__

Please sign and date this verdict form and return it to the Court.

Dated: __10/17/2025__

Signed: __[signature]__

JURY FOREPERSON